

Frank E. Hamilton, Jr., Thomas A. Capelle, Tampa, Fla., Chris Dixie, Houston, Tex., for plaintiffs-appellants.

Erle Phillips, Fisher & Phillips, William W. Alexander, Jr., Atlanta, Ga. Milledge & Horn, Richard L. Horn, Allan Milledge, Miami, Fla., for plaintiffs-appellees.

Before WISDOM, BELL and AINSWORTH, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Marcel Mallet-Prevost, Asst. Gen. Counsel, NLRB, Washington, D. C., Charles M. Paschal, Jr., Reg. Director, NLRB, New Orleans, La., for petitioner.

Carl S. Downing, New Orleans, La., for respondent.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Enforced. See Local Rule 21.[1]

## NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

## SAIA MOTOR FREIGHT LINE, INC., Respondent.

No. 31114

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

May 7, 1971.

## Louis J. MERLO, Petitioner-Appellant,

v.

## Dr. George J. BETO, Respondent-Appellee.

No. 31032

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

April 30, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* [1] Rule 18, 5 Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.